

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-17-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SAMUEL R. BONKO, | |
| Defendant. | |

For the reasons stated on the record, SAMUEL R. BONKO is hereby released from the custody of the U.S. Marshal Service.

DATED this 30th day of March, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1