**FILED**

SEP 1 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAMUEL R. BONKO,

Defendant.

CR 05-17-BLG-SPW

ORDER

On August 17, 2017, United States Magistrate Judge John Johnston entered Findings and Recommendations with respect to the July 27, 2017, petition for revocation of Defendant Bonko's supervised release. (Docs. 67 and 75). Based on the government's evidence in support of and Bonko's admissions to the alleged violations, Judge Johnston recommends Bonko's supervised release be revoked and recommends that this Court sentence Bonko to four months imprisonment with forty-nine months of supervised release to follow. (Doc. 75 at 1).

A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed.R.Civ.P. 72(b); *see* 28 U.S.C. § 636(b)(1). "The court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28

U.S.C. § 636(b)(1). Neither party objects to Judge Johnston's Findings and Recommendations. Bonko filed a notice requesting that he be placed at FCI Englewood. (Doc. 76). After review, the Court finds that Judge Johnston's Findings and Recommendations are without clear error.

Accordingly, IT IS HEREBY ORDERED that Judge Johnston's Findings and Recommendations (Doc. 75) are ADOPTED IN FULL;

IT IS FURTHER ORDERED that Defendant Bonko's supervised release is revoked. Judgment will be entered by separate document.


DATED this ___11th___ day of September 2017.

SUSAN P. WATTERS
United States District Judge