
FILED

MAR 10 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 05-17-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| SAMUEL RICHARD BONKO, | |
| Defendant. | |

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 103) for the reason Defendant has another case, CR-19-79-BLG-SPW, pending with this Court. Defendant's counsel is requesting that the revocation hearing coincide with Mr. Bonko's case, CR-19-79-BLG-SPW. For good cause shown,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for Thursday, April 2, 2020, at 2:30 p.m., is **VACATED**.

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** until the resolution of CR 19-79-BLG-SPW.

DATED this 10th day of March, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge